IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTO TAPIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARIROSA LAMAS, et al. | : | NO. 12-337 |

ORDER

HARVEY BARTLE, III, J.

AND NOW, this 9th day of April, 2012, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE AS UNEXHAUSTED..

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_Harvey Bartle_
HARVEY BARTLE, III, J.

FILED
APR - 9 2012
M. KUNZ, Clerk
By_____ Dep. Clerk